# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:04CR3141 |
| v. ) | |
| ) | ORDER TO SHOW CAUSE |
| JAMIE ELIZABETH TVRDY. ) | |

The records of the court show that on 01/25/05 (Filing No. 15), a letter was sent to Attorney Calvin D. Hansen from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.") and pay the 2005 annual assessment.

As of 05/04/05, the attorney has not complied with the requests set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before 05/24/05, Attorney Calvin D. Hansen is to register for the System and pay the 2005 annual assessment or show cause by written affidavit why he cannot comply with the rules of the court.

**DATED** this 6th day of May, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge