IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 APR 10 PM 1:38

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:04CR3141 |
| | ) | |
| -v- | ) | **ORDER** |
| | ) | |
| **JAMIE E. TVRDY,** | ) | |
| | ) | |
| Defendant, | ) | |

Pursuant to a stipulation of the Nebraska Department of Correctional Services (DCS) and the defendant, filed with this Court, and incorporated herein by reference, and for good cause shown, it is hereby ordered that a copy of the file of the State of Nebraska Department of Correctional Services (DCS) concerning Jamie E. Tvrdy, Inmate No. #95609 and maintained pursuant to Neb. Rev. Stat. § 83-178 (1994) be forwarded to this Court, under the following conditions:

1. That DCS personnel shall create and deliver to this Court the file of the above named defendant within fifteen (15) days of this Order.

2. That this Court shall not, nor any other person or entity participating in these proceedings, make available to any person committed to DCS the content of the file(s) here in question without further order of this Court.

3. A copy of certain records of the file shall be forwarded to the Court, including but not limited to, mental health and/or drug and alcohol counselor reports, progress reports, program reports for programs such as OASIS, GOLF, educational programs, employment programs and any other programs completed by defendant.

4. It is further ordered that the contents of the file maintained by DSC shall be available for review by the court and its ancillary personnel, counsel for defendant and its

U.S.A. v. Tvrdy, 4:04CR3141
Order releasing certain records

agents, counsel for the government and its agents; but specifically, the contents of the file

shall not be allowed to be reviewed by the defendant.

IT IS SO ORDERED. *Filing 45 is granted as provided herein* RGK

Dated this 10th day of April , 2006.

BY THE COURT:

_(signature)_

United States District Judge
Richard G Kopf