IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMIE ELIZABETH TVRDY, ) <br> ) <br> Defendant. ) <br> ) | 4:04cr3141 <br><br> ORDER |

Defendant's motion for release of institutional records, filing 45, has been ruled on by the Honorable Richard G. Kopf. Filing number 47.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike the order of the undersigned, filing number 46, from the record.

DATED this 11th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge