IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3141 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMIE TVRDY, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of 41 pages copied from Defendant Trvdy's institutional record. This record was forwarded by Tim Siemek, Assistant Warden, at the Nebraska Correctional Center for Women, in York, Nebraska, in compliance with the undersigned's order dated April 10, 2006 (filing 47).

IT IS ORDERED that:

(1) The Clerk of the Court shall file the attached institutional record <u>under seal</u>.

(2) The Clerk of Court shall provide counsel of record with a copy of the institutional record.

April 20, 2006.                                BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge